IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANDRES AGUILAR MARTINEZ,<br><br>Defendant. | CASE NO. 1:16-mj-00051-SAB-1<br><br>ORDER VACATING ARREST WARRANT<br><br>(ECF No. 5) |

On May 19, 2016, the Court issued an arrest warrant when Defendant failed to appear for his initial appearance on that date. (ECF No. 5.) However, the arrest warrant (ECF No. 5) was issued in error as Defendant was advised to appear on June 16, 2016, rather than May 19, 2016. Therefore, the Court vacates the arrest warrant issued on May 19, 2016.

Based on the foregoing, IT IS HEREBY ORDERED that:

1. The arrest warrant issued on May 19, 2016, is VACATED; and
2. The case is set for an initial appearance on June 16, 2016, at 9:00 a.m. before the undersigned in Courtroom 9 (SAB). Defendant is ordered to appear.

IT IS SO ORDERED.

Dated: **May 27, 2016**

UNITED STATES MAGISTRATE JUDGE

1