# IN THE UNITED STATES DISTRICT COURT
## For The
## EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 1:16-mj-00051 SAB |
|---|---|
| Plaintiff, | ) **DEFENDANT'S STATUS REPORT ON** |
| v. | ) **UNSUPERVISED PROBATION** |
| ANDRES AGUILAR MARTINEZ, | ) |
| Defendant. | ) |

PURSUANT to an order of this Court the Defendant hereby submits his status report on unsupervised probation:

| **Convicted of:** | Driving while Under the Influence of Alcohol, in violation of 36 CFR 4.23(a)(1) |
|---|---|
| **Sentence Date:** | July 21, 2016 |
| **Review Hearing Date:** | May 18, 2017 |
| **Probation Expires On:** | July 21, 2017 |

### *CONDITIONS OF UNSUPERVISED PROBATION:*

☒ **Obey all federal, state and local laws**; and

☒ **Monetary Fines & Penalties in Total Amount of:** $1210 ($1200 fine and $10 special assessment), final payment due by May 21, 2017

☒ Other Conditions: Complete 90-day DUI Program by January 31, 2017

### *COMPLIANCE:*

☒ Defendant has complied with and completed <u>all</u> conditions of probation described above.

Mr. Martinez has filed proof of completion of the DUI program, which was completed on December 7, 2016. He has made monthly payments towards his fine, and as of May 15, 2017 has $121.00 remaining. He has sent in the $121.00 payment and is waiting for it to be processed. He will have paid his entire fine by May 21, 2017, as ordered, as soon as the payment is processed.

### *GOVERNMENT POSITION:*

☒ The Government agrees to the above-described compliance.

☐ The Government disagrees with the following area(s) of compliance:

Government Attorney: /s/ *Michael Tierney*

### *DEFENDANT'S REQUEST (OPTIONAL):*

CAED (Fresno)- Misd. 6 (Rev. 11/2014)

In light of the information detailed in this status report, the defendant moves for the following:

☒ that the review hearing set for 5/18/2017 at 10:00 a.m.

☒ be vacated.

DATED: 5/15/2017                                  */s/ Megan Hopkins*
                                                  DEFENDANT'S COUNSEL

# O R D E R

The Court having considered the defendant's request,

**IT IS HEREBY ORDERED** that the Defendant's request is:

☒ GRANTED. The Court orders that the Review Hearing set for May 18, 2017 at 10:00 a.m is continued to June 15, 2017 at 10:00 a.m. If fine is paid in full, Defendant shall file a notice of completed payment with a proposed order to vacating hearing by June 12, 2017. Otherwise, Defendant is ordered to appear on June 15, 2017 at 10:00 a.m

☐ DENIED.

IT IS SO ORDERED.

Dated: **May 17, 2017**
                                                  UNITED STATES MAGISTRATE JUDGE