**IN THE UNITED STATES DISTRICT COURT**
**For The**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 1:16-mj-00051 SAB |
| ) | |
| Plaintiff, ) | **DEFENDANT'S STATUS REPORT ON** |
| v. ) | **UNSUPERVISED PROBATION** |
| ) | |
| ANDRES AGUILAR MARTINEZ, ) | |
| ) | |
| Defendant. ) | |
| ) | |

PURSUANT to an order of this Court the Defendant hereby submits his status report on unsupervised probation:

| | |
|---|---|
| **Convicted of:** | Driving while Under the Influence of Alcohol, in violation of 36 CFR 4.23(a)(1) |
| **Sentence Date:** | July 21, 2016 |
| **Review Hearing Date:** | June 1, 2017 |
| **Probation Expires On:** | July 21, 2017 |

### *CONDITIONS OF UNSUPERVISED PROBATION:*

☒ **Obey all federal, state and local laws**; and

☒ **Monetary Fines & Penalties in Total Amount of:** $1210 ($1200 fine and $10 special assessment), final payment due by May 21, 2017

☒ Other Conditions: Complete 90-day DUI Program by January 31, 2017

### *COMPLIANCE:*

☒ Defendant has complied with and completed <u>all</u> conditions of probation described above.

### *GOVERNMENT POSITION:*

☒ The Government agrees to the above-described compliance.

☐ The Government disagrees with the following area(s) of compliance:

Government Attorney: /s/ *Michael Tierney*

<u>*DEFENDANT'S REQUEST (OPTIONAL):*</u>

In light of the information detailed in this status report, the defendant moves for the following:

☒ that the review hearing set for 6/1/2017 at 10:00 a.m.

☒ be vacated.

DATED: 5/26/2017

*/s/ Megan Hopkins*
DEFENDANT'S COUNSEL

# O R D E R

The Court having considered the defendant's request,

**IT IS HEREBY ORDERED** that the Defendant's request is:

☒ GRANTED. The Court orders that the Review Hearing be vacated.

☐ DENIED.

IT IS SO ORDERED.

Dated: __May 30, 2017__

UNITED STATES MAGISTRATE JUDGE